IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR 06-1277 TUC JMR (JCG) |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| ROBERT THOMAS O'DONNELL, | ) | |
| | ) | |
| Defendant. | ) | |

_____

The District Court, having independently reviewed the pleadings in the court file in this matter and the Magistrate Judge's Report and Recommendation, and Defendant's Objection to the Report and Recommendations [Doc. 53]; and the Government's Response [Doc. 56].

**IT IS ORDERED** that the District Court **ADOPTS** the Magistrate Judge's report and recommendation dated September 11, 2008 [Doc. 50].

**DATED this 16th day of October, 2008.**

_____
John M. Roll
Chief United States District Judge